**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Hanil C. Resmerowski | Social Security number or ITIN  xxx–xx–8470 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–31959–JNP | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Hanil C. Resmerowski

7/14/17                                                     **By the court:**  Jerrold N. Poslusny Jr.
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318   **Order of Discharge**   page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 14-31959-JNP
Hanil C. Resmerowski                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Jul 14, 2017
                              Form ID: 318             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2017.
```
db             +Hanil C. Resmerowski,    1400 Zion Road,    Northfield, NJ 08225-1955
cr             +Green Tree Servicing LLC,    Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway,
                 Suite 302,    Roseland, NJ 07068-1640
cr              Seterus, Inc. as the authorized subservicer for Fe,    PO Box 2008,
                 Grand Rapids, MI 49501-2008
515137744       Bank Of America,    Post Office Box 92235,    El Paso, TX 79998
515137746      +Cape Bank,    225 N. Main Street,    Cape May Court House, NJ 08210-2140
515137747       Carrie Brown, Esquire,    120 Corporate Boulevard,    Norfolk, VA 23502-4952
515137748      +Chase Home Finance, LLC,    Post Office Box 24696,    Columbus, OH 43224-0696
515137749      +Clerk, Law Division,    ATL-L-1911-14,    1201 Bacharach Boulevard,
                 Atlantic City, NJ 08401-4510
515137750      +Clerk, Special Civil Part,    DC-1516-12,    1201 Bacharach Boulevard, 1st Floor,
                 Atlantic City, NJ 08401-4510
515137751      +Clerk, Special Civil Part,    DC-5171-13,    1201 Bacharach Boulevard, 1st Floor,
                 Atlantic City, NJ 08401-4510
515137752      +Federal National Mortgage Association,    C/O Pluese, Becker & Saltzman, LLC,
                 20000 Horizon Way, Suite 9000,    Mount Laurel, NJ 08054-4303
515137753      +Fein Such Kahn & Shepard, P.C.,    7 Century Drive, Suite 201,    Parsippany, NJ 07054-4673
515137754      +Gary R. Griffith, Esquire,    Griffith & Carlucci,    801 Asbury Avenue, Suite 200,
                 Ocean City, NJ 08226-3625
515137757       JP Morgan Chase Bank,    Mail Code OH4-7302,    Post Office Box 24696,    Columbus, OH 43224-0696
515156240      +Midland Credit Management, Inc,    as agent for Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
515172315      +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
515137759      +PNC Bank,    Post Office Box 3180,    Pittsburgh, PA 15230-3180
515137762      +Seterus, Inc.,    14523 SW Millikan Way, Suite 200,    Beaverton, OR 97005-2352
515137763      +Stern, Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Suite 302,
                 Roseland, NJ 07068-1640
515137765      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Leasing,     Mail Drop FN 22,    19001 S. Western Avenue,
                 Torrance, CA 90501-1106)
515137767      +Youngil Resmerowski,    1400 Zion Road,    Northfield, NJ 08225-1955
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2017 23:34:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2017 23:34:45     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515137740       EDI: ACCE.COM Jul 14 2017 23:13:00     Asset Acceptance, LLC,    Post Office Box 771,
                 Woodbury, NJ 08096-7771
515137742       EDI: BANKAMER.COM Jul 14 2017 23:13:00     Bank Of America,    PO Box 21848,
                 Greensboro, NC 27420-1848
515137741      +EDI: BANKAMER.COM Jul 14 2017 23:13:00     Bank Of America,    PO Box 15026,
                 Wilmington, DE 19850-5026
515137743      +EDI: BANKAMER.COM Jul 14 2017 23:13:00     Bank Of America,    Bankruptcy Department,
                 PO Box 26012, NC4-105-02-99,    Greensboro, NC 27420-6012
515137745       EDI: BANKAMER.COM Jul 14 2017 23:13:00     Bank Of America Home Loans,    Post Office Box 5170,
                 Simi Valley, CA 93062-5170
515137756       EDI: RMSC.COM Jul 14 2017 23:13:00     Green Tree Servicing,    332 Minnesota Street, Suite 610,
                 Saint Paul, MN 55101
515345049       E-mail/Text: bankruptcy.bnc@ditech.com Jul 14 2017 23:34:29     Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154
515137755      +EDI: RMSC.COM Jul 14 2017 23:13:00     Ge Money Bank,    Attn: Bankruptcy Dept.,
                 Post Office Box 103106,    Roswell, GA 30076-9106
515137760       EDI: PRA.COM Jul 14 2017 23:13:00     Portfolio Recovery,    120 Corporate Boulevard, Suite 100,
                 Norfolk, VA 23502-4962
515322730       EDI: PRA.COM Jul 14 2017 23:13:00     Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
515137764       EDI: RMSC.COM Jul 14 2017 23:13:00     Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
515151408       EDI: TFSR.COM Jul 14 2017 23:13:00     Toyota Lease Trust,    PO Box 8026,
                 Cedar Rapids, Iowa 52408-8026
515137766      +EDI: WFFC.COM Jul 14 2017 23:13:00     Wells Fargo Home Mortgage,    Post Office Box 10335,
                 Des Moines, IA 50306-0335
                                                                                               TOTAL: 15
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jul 14, 2017
                              Form ID: 318             Total Noticed: 36

515137758     ##+Leonard H. Franco, Jr., Esquire,    Fulton, Friedman & Gullace, LLP,
               35 Journal Square, Suite 401,    Jersey City, NJ 07306-4024
515137761     ##+RJM Acquisitions LLC,   575 Underhill Boulevard, Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas S. Stanger    doug.stanger@flastergreenberg.com, nj02@ecfcbis.com,
               jackie.parsio@flastergreenberg.com;lillian.felici@flastergreenberg.com,dss@trustesolutions.net
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Green Tree Servicing LLC cmecf@sternlav.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Robert A. Loefflad    on behalf of Debtor Hanil C. Resmerowski rloefflad@ffhlaw.com,
               ghuie@ffhlaw.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
                                                                                             TOTAL: 7
```