Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 14–31959–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Hanil C. Resmerowski
  1400 Zion Road
  Northfield, NJ 08225

Social Security No.:
  xxx–xx–8470

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Douglas S. Stanger is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>July 17, 2017</u>            <u>Jerrold N. Poslusny Jr.</u>
                                                        Judge, United States Bankruptcy Court